1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                    **EASTERN DISTRICT OF CALIFORNIA**
6
7    CELIA RAMIREZ,                          **13-cv-2085 AWI GSA**
8                        Plaintiff,
9            v.                              **ORDER DIRECTING THE CLERK'S**
10                                           **OFFICE TO UPDATE THE DOCKET AND**
                                             **RELATE CASES**
11   RIGOBERTO FERNANEZ JIMENEZ., *et
     al*.,
12                       Defendants.
13
14

15          A review of the above-captioned case reveals that it is related under this Court's Local

16   Rule 123 to the following cases two cases: 1) *Santos Delores Nieva and Petr Drozen v. Rigoberto*

17   *Fernandez Jimenez et al.*, 13-cv-1549 AWI-GSA, and 2)  *Mageela Dixon v. National Railroad*

18   *Passenger Corporation et al.*, 13-cv-244 AWI-GSA.  The actions involve the same or similar

19   parties, claims, events and/or questions of fact or law.  The cases have already been assigned to

20   the same District Court Judge and Magistrate Judge.  The Clerk's Office is directed to update the

21   dockets in all of the cases accordingly.

22
23
24
25
26   IT IS SO ORDERED.
27
28          Dated:   __**January 15, 2014**__                    _____**/s/ Gary S. Austin**_____

                                                  1

1                                                        UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28